IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'VHON YOUNG,

    Plaintiff,

v.                                                                       4:22cv464–WS/MJF

STATE OF FLORIDA,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 2) docketed January 11, 2023. The magistrate judge recommends that this case be dismissed because Plaintiff has failed to state a claim upon which relief may be granted. Plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 2) is hereby

ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. The clerk shall close the case.

DONE AND ORDERED this   15th   day of   February  , 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE